Liza M. Walsh
Rukhsanah L. Singh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone No.: (973) 535-0500

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GILEAD SCIENCES, INC., HOFFMANN-La ROCHE INC., F. HOFFMANN-La ROCHE LTD. and GENENTECH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>Defendants. | C.A. No. 1:11-cv-01455-SDW-MCA<br>consolidated with<br>C.A. No. 2:11-cv-04969-SDW-MCA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ADMITTED** *PRO HAC VICE*<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that Leora Ben-Ami of the law firm of Kirkland & Ellis LLP hereby withdraws her *pro hac vice* admission on behalf of Plaintiffs in the above-captioned action and requests removal from all service lists.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will continue to be represented by Connell Foley LLP, together with counsel from Sidley Austin LLP, to be admitted *pro hac vice*.

Dated: September 12, 2014

*s/Liza M. Walsh*
Liza M. Walsh

3222690-1